**No. 39497.**—Protests 421257–G, etc., of Calvaire et al. (New York).

Opinion by DALLINGER, J.   In accordance with stipulation of counsel atomizers similar to those the subject of *Rice* v. *United States* (T. D. 49373) and bottles, brush tubes, caskets, cologne flacons, cylinders, boxes, salve boxes, scent bottles, soap boxes or tubes, soap glass rollers, and tray chiefly used in the kitchen, household, or on the table; or hollow ware, were held dutiable at 40 percent under paragraph 339 as claimed.

**No. 39498.**—Protests 330148–G, etc., of Gimbel Bros., Inc. (New York).

Opinion by DALLINGER, J.   In accordance with stipulation of counsel boxes, candlesticks, incense burners, photo frames, bookends, atomizers, baskets, plates, dishes, salad bowls, compotes, salt and peppers, flacons, vases, atomizers and droppers, olive grips, sugar tongs, lobster picks, spoons, sugar sifters, flacon holders, infusers, serviette rings, and strainers chiefly used on the table, in the kitchen, or in the household for utilitarian purposes, or hollow ware, were held dutiable at 40 percent under paragraph 339 as claimed.   *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445), *Dow* v. *United States* (id. 282, T. D. 46816), *Woolworth* v. *United States* (T. D. 47857), and *Rice* v. *United States* (T. D. 49373) followed.

**No. 39499.**—Protests 834051–G, etc., of Langfelder, Homma & Hayward (Los Angeles).

Opinion by DALLINGER, J.   It was stipulated that the merchandise consists of picture frames used in the household for utilitarian purposes and that they are plated with silver similar to those passed upon in *Woolworth* v. *United States* (T. D. 47857).   The claim at 50 percent under paragraph 339 was therefore sustained.

BEFORE THE THIRD DIVISION, SEPTEMBER 30, 1938

**No. 39500.**—Protests 822950–G, etc., of Ignaz Strauss & Co., Inc. (New York).

Opinion by KEEFE, J.   In accordance with stipulation of counsel and on the authority of *Kwong* v. *United States* (T. D. 49409) the wooden stands in question were held dutiable at 33⅓ percent under paragraph 412 as claimed.